# FINANCIAL DISCLOSURE REPORT

AO-10
Rev 1/89

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App 1, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| LEVI, DAVID F. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 7-31-90 |
| Title UNITED STATES ATTORNEY EASTERN DISTRICT OF CALIFORNIA | Date of Entry/Nomination/Termination (only if initial or final report) 8-3-90 | Reporting Period (Calendar year or inclusive dates 1-1-89 to 7-31-90 |
| Home or office address 650 Capitol Mall; 3305 Federal Building; SACRAMENTO, CALIFORNIA 95814 | | |

**IMPORTANT NOTES:** Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| TRUSTEE | FRANK L. SULZBERG TRUST FBO DAVID LEVI |
| CUSTODIAN | WILLIAM LEVI (SON) |
| CUSTODIAN | JOSEPH LEVI (SON) |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☒ NONE (No reportable non-investment income) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | ¢ |

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| DAVID F. LEVI | 7-31-90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☒ NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| JEFFREY PHILBROOK, SACRAMENTO, CA. | MORTGAGE ON ▆▆▆ 20 ACRE TRACT Vacaville | L |
| SAN FRANCISCO FEDERAL, SACRAMENTO CA. | MORTGAGE ON (VAL AVILLE) RESIDENCE, | N |
| First NATIONWIDE BANK, SACRAMENTO CA. | MORTGAGE ON RESIDENCE, ▆▆ SACRAMENTO, CA | N |

* VALUE CODES: J = $0 to $15,000   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = over $1,000,000

(DAVID 1)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting: DAVID F. LEVI | Date of Report: 7-31-90 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions.
partial disclosure for dependent children; see pp. 24-35 of Instructions.) (Includes those of spouse;

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period Amt. Code (A-H) | Type (e.g. div.) | C. Gross value at end of period Value Code (J-") | Value Method Code (O-W) | D. Transactions during period (Reporting individual and spouse) Type (e.g. sold) | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 HT INSIGHT FUNDS INC TX FREE MM. FUND | F | INT | N | T | | | | | |
| 2 ILL HEALTH FAC. AUTH. 66-90 8-15-92 MUNI BOND | E | INT | O | T | | | | | |
| 3 CARROLTON TEXAS CAP. APPR. 2-15-90 MUNI BOND | D | INT | N | T | | | | | |
| 4 TOOELE COUNTY UTAH SCH. DIST. 7% 8-1-94 | E | INT | — | Sold | | | | | |
| 5 AMR CORPORATION DEL - COMMON | A | Div | N | T | | | | | |
| 6 ABBOTT Labs - COMMON | D/E | Div/CAP GAIN | O | T | | | | | |
| 7 Amoco Corp - COMMON | D | Div | N | T | | | | | |
| 8 AON CORP. - COMMON | C | Div | M | T | | | | | |
| 9 BALDWIN TECH - COMMON | B | Div | M | T | | | | | |
| 10 BROWNING Ferris - COMMON | B | Div. | M | T | | | | | |
| 11 CENTRAL SPRINKLER - COMMON | E | CAP GAIN | — | Sold | | | | | |
| 12 COCA COLA Co. - COMMON | C | Div. | O | T | | | | | |
| 13 DELUXE CORP - CAPITAL STK | D | Div. | O | T | | | | | |
| 14 EMERSON ELECTRIC - COMM | C | Div | M | T | | | | | |
| 15 ICM - CAPITAL STOCK | C | Div | M | T | | | | | |
| 16 MERCK + CO. - COMMON | D | Div. | O | T | | | ... | | |
| 17 NFELD INC. - COMMON | A | — | — | Sold | | | | | |
| 18 NORTANKER INC. - COMM | B | Div. | M | T | | | | | |
| 19 OLD KENT CORP. - COMMON | C | Div. | M | T | | | | | |
| 20 F. XUE T. PRICE INTL. TRUST - INTL STOCK | E | Div. | O | T | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100)  B = $101 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000
E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000)  K = $1,001 to $5,000  L = $5,001 to $100,000  M = $15,001 to $50,000
N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000
3 Value Method Codes: Q = Appraisal  R = Cost (real estate only)  S = Assessed value  T = Cash/market
U = Book value  V = Other  W = Estimated

Digitized by Google

530

(DAVID 2)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DAVID F. LEVI | 7.31.90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code 1 (A-H) | Type (e.g. div.) | Value Code 2 (J-P) | Value Method Code (Q-W) | Type (e.g. sold) | Date: Month-Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TEMPLETON EMERGING MKT FUND - COMMON | B / D | DIV C.GAIN | M | T | | | | | |
| 2 UNION PACIFIC CORP. COMMON | C | DIV | N | T | | | | | |
| 3 WESTEK CORP. - COMMON | E | CAP GAIN | M | T | | | | | |
| 4 WELLMAN INC. - COMMON | B / F | DIV CAP GAIN | — | Sold | | | | | |
| 5 X-RITE INC - COMMON | B | DIV | M | T | | | | | |
| 6 HK-TVB, LTD. | D | CAP GAIN | — | Sold | | | | | |
| 7 TELEVISION BROADCAST LTD | C / F | DIV CAP GAIN | — | Sold | | | | | |
| 8 BLOCKBUSTER ENTERTAINMT CORP. COMMON | E | CAP GAIN | — | Sold | | | | | |
| 9 BUSINESSLAND INC. - COMMON | A | CAP LOSS | — | Sold | | | | | |
| 10 COMPUTER FACTORY - COMMON | A | CAP LOSS | — | Sold | | | | | |
| 11 H.J. HEINZ COMPANY - COMMON | A | DIV CAP LOSS | — | Sold | | | | | |
| 12 UNITED STATIONERS - COMMON | B / A | CAP LOSS | — | Sold | | | | | |
| 13 BOLINGBROOK ILL. GEN. OBLG. 5.5%, 12-1-89 MUNI BD | B / E | INT CAP GAIN | — | Sold | | | | | |
| 14 DIGITAL COMMUNICATIONS ASSN. INC. - COMMON | A | CAP LOSS | — | Sold | | | | | |
| 15 DREYFUS CORPORATION - COMMON | B / F | DIV CAP GAIN | — | Sold | | | | | |
| 16 PHILIP MORRIS CO. INC. - COMMON | B / F | DIV CAP GAIN | — | Sold | | | | | |
| 17 NONE | | | | | | | | | |
| 18 NONE | | | | | | | | | |
| 19 NONE | | | | | | | | | |
| 20 NONE | | | | | | | | | |

1 Income/Gain Codes: A = exempt (30 to $100)   B = $101 to $1,000   C = $1,001 to $2,500   D = $2,501 to $5,000
E = $5,001 to $15,000   F = $15,001 to $50,000   G = $50,001 to $100,000   H = over $100,000

2 Value Codes: J = exempt (30 to $1,000)   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000

3 Value Method Codes: Q = Appraisal   R = Cost (real estate only)   S = Assessed value   T = Cash/market   W = Estimated



Digitized by Google

(DAVID 3)

| Name of Person Reporting | Date of Report |
|---|---|
| DAVID F. LEVI | 7-31-90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type[2] (e.g. div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g. sold) | Date Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 FRANK L. SULZBerger | | | | | | | | | |
| 2 TRUST F/B/O DAVID | | | | | | | | | |
| 3 F. LEVI CONSISTING OF: | | | | | | | | | |
| 4 HT INSIGHT FUNDS INC. CASH MGT. FUND | E | INT | M | T | | | | | |
| 5 TEXAS UNITED SChool DISTRICT BONDS | F | INT | O | T | | | | | |
| 6 AMERICAN HOME PRODUCTS CORP. - COMMON | B | DIV | M | T | | | | | |
| 7 BRANDON SYSTEMS CORP. - COMMON | B/A | DIV/CAP GAIN | M | T | | | | | |
| 8 BRISTOL-MYERS SQUIBB COMPANY - COMMON | C | DIV. | N | T | | | | | |
| 9 GENERAL ELECTRIC CO. - COMMON | C | Div. | N | T | | | | | |
| 10 INTERMEC CORPORATION - COMMON | A | - | - | Sold | | | | | |
| 11 MOTOROLA INC - COMMON | B/D | DIV/CAP GAIN | - | SOLD | | | | | |
| 12 SUNGARD DATA SYSTEMS INC. - COMMON | A | Div | N | T | | | | | |
| 13 WELLMAN INC - COMMON | B/E | DIV/CAP GAIN | - | Sold | | | | | |
| 14 COCA COLA CO. - COMMON | C/G | DIV/CAP GAIN | - | Sold | | | | | |
| 15 TCBY ENTERPRISE INC. - COMMON | A | Div | M | T | | | | | |
| 16 WELLS FARGO BANK - CHECKING ACCOUNT (J) | C | INT | L | T | | | | | |
| 17 WELLS FARGO BANK - T.MC DEPOSIT (J) | D | INT | M | T | | | | | |
| 18 SALINAS BUSINESS CENTER ASSOC. LTD PSHIP R.E. | D | INT; PSHIP DIST | M | W | | | | | |
| 19 EAST MONTEREY ASSOC. LTD PSHIP - REAL ESTATE | D | INT; PSHIP DIST | M | W | | | | | |
| 20 FRANK L. SULZBERGER TRUST F/B/O DAVID F. LEVI | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt (30 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt (30 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

(DAVID Y)

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| DAVID F. LEVI | 7-31-93 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g. div.) | Value, Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g. sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 WELLS FARGO - IRA ACCOUNT | C | INT | E | T | | | | | |
| 2 THRIFT SAVINGS BANK - IRA ACCOUNT (J) | B | INT | E | T | | | | | |
| 3 NONE | | | | | | | | | |
| 4 20 ACRES (UNIMPROVED) SACRAMENTO CAL. (J) | A | NONE | O | W | | | | | |
| 5 130 ACRES (UNIMPROVED) SANTE FE COUNTY (J) | A | NONE | N | W | | | | | |
| 6 HOUSE + LAND ___ VACAVILLE CA (J) | A | NONE | P | W | | | | | |
| 7 NONE | | | | | | | | | |
| 8 ILL. STATE GEN. OBL. BOND 3-1-94 3.5% Due 3-1-98 | B | INT | N | T | | | | | |
| 9 JWP INC - COMMON | F | CAP GAIN | — | sold | | | | | |
| 10 DALLAS SEMI-CONDUCTOR - COMMON | A | DIV | M | T | | | | | |
| 11 CONCORD COMPUTING CORPORATION - COMMON | A | DIV | M | T | | | | | |
| 12 NONE | | | | | | | | | |
| 13 NONE | | | | | | | | | |
| 14 NONE | | | | | | | | | |
| 15 NONE | | | | | | | | | |
| 16 NONE | | | | | | | | | |
| 17 NONE | | | | | | | | | |
| 18 NONE | | | | | | | | | |
| 19 NONE | | | | | | | | | |
| 20 NONE | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) E = $5,001 to $15,000 | B = $101 to $1,000 F = $15,001 to $50,000 | C = $1,001 to $2,500 G = $50,001 to $100,000 | D = $2,501 to $5,000 H = over $100,000 |
|---|---|---|---|---|
| 2 Value Codes: | J = exempt ($0 to $1,000) N = $50,001 to $100,000 | K = $1,001 to $5,000 O = $100,001 to $250,000 | L = $5,001 to $15,000 P = over $250,000 | M = $15,001 to $50,000 |
| 3 Value Method Codes: | Q = Appraisal U = Book value | R = Cost (real estate only) V = Other | S = Assessed value W = Estimated | T = Cash/market |

Digitized by Google

(NANcy 1) (Spouse HoW.ngs)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DAvid F. Levi | 7-31-90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period Amt. Code¹ (A-H) | Type (e.g. div.) | C. Gross value at end of period Value Code² (J-P) | Value Method Code³ (Q-W) | D. Transactions during period (Reporting individual and spouse) Type (e.g. sold) | If not exempt from disclosure Date Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 HT INSight FUNDS INC. TAX FREE MONEY MKT FD | D | INT | O | T | | | | | |
| 2 UNiTED STATES of AMERICA SAVINGS E BOND 9-1-95 | A | INT | K | T | | | | | |
| 3 University ILLinois - CAP APPRE. BONDS 10-1-91 | A | INT | M | T | | | | | |
| 4 University ILLinois CAP. APPRE. BONDS 4-1-2001 | A | INT | N | T | | | | | |
| 5 SPRingFeild ILLinois SANiTARY DiST BD. 4.7% 12-1-90 | D/E | INT/CAP GAIN | - | Sold | | | | | |
| 6 Will.GRUNDY ET2u COuNTiEs IL. COMM. College BD 8.8% | E | INT | N | T | | | | | |
| 7 DUPAGE City ILLinois WATER Sewer BONDS 8.2% 12-1-95 | E | INT | N | T | | | | | |
| 8 ELMHurst IL. WATER + SEWER REV. BD 3.7% 3-1-9⁻ | E | INT | N | T | | | | | |
| 9 JEFFERSON PARISH LA. SCHOOL Board 3-1-99 | D | INT | N | T | | | | | |
| 10 MONTGOMERY CNTY MARY HSG - BONDS 7-1-96 | D | INT | N | T | | | | | |
| 11 GEORGETOWN TEXAS IND. School Bond 8.65% 8-1-93 | D | INT | L | T | | | | | |
| 12 TEXAS UNITED INDEPENDEN⁻ School Bond 9.25% 8-1-92 | E | INT | O | T | | | | | |
| 13 ABBOTT LABS - COMMON | C | Div | N | T | | | | | |
| 14 AMERICAN HOME PRODUCTS CORP- COMMON | C | Div | M | T | | | | | |
| 15 AON CORP- common | D | Div | N | T | | | | | |
| 16 ATLANT.C RichField COMPANY- COMMON | D | Div | N | T | | | | | |
| 17 BR.STOL - MYERS Squibb COMPANY - COMMON | C | Div | M | T | | | | | |
| 18 CHEVRON CORPORATION-Comm | C | Div | M | T | | | | | |
| 19 DELTA AiRLiNES - COMMON | D/F | DIV/CAP GAiN | - | SOLD | | | | | |
| 20 DiGiTAL EQUiPMENT CORP - COMMON | A/A | DIV/CAP LOSS | - | Sold | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessment value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

(NANCY 2)   (Spouse Holdings)

.

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DAVID F. LEVI | 7-31-90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g. div.) | Value, Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g. sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 WALT DISNEY CO. - COMMON | A | DIV | M | T | | | | | |
| 2 DONNELLY R.R. & SONS - COMMON | B | DIV | N | T | | | | | |
| 3 GENERAL ELECTRIC CO. - COMMON | D | DIV | O | T | | | | | |
| 4 IBM CORP - CAPITAL | C | DIV | M | T | | | | | |
| 5 LILLY ELI + CO. - COMMON | B | DIV | N | T | | | | | |
| 6 McDONALDS CORPORATION - COMMON | B/F | DIV/CAP GAIN | – | Sold | | | | | |
| 7 NEWELL COMPANIES, INC. - COMMON | C/E | DIV/CAP GAIN | M | T | | | | | |
| 8 NORTHERN TRUST CORPORATION COMMON | C | DIV | N | T | | | | | |
| 9 QUAKER OATS CO. - COMMON | E/F | DIV/CAP GAIN | – | SOLD | | | | | |
| 10 SARA LEE CORPORATION - COMMON | B | DIV | N | T | | | | | |
| 11 SURGICAL LASER TECHNOLOGIES - COMMON | A | DIV | M | T | | | | | |
| 12 NCR CORPORATION - COMMON | B/E | DIV/CAP GAIN | – | Sold | | | | | |
| 13 PHILIP MORRIS COMPANIES - COMMON | B/E | DIV/CAP GAIN | – | Sold | | | | | |
| 14 SCANTON CORPORATION - CONV. SUB DEBENTURES | E/E | INT/CAP GAIN | – | Sold | | | | | |
| 15 HARRIS BANK - IRA ACCOUNT | B | INT | K | T | | | | | |
| 16 DUTY FREE INTERNATIONAL - COMMON | A | DIV | M | T | | | | | |
| 17 CHICAGO ILL. WATER REVENUE BONDS | C | INT | M | T | | | | | |
| 18 CHAMPAIGN COUNTY ILL. GEN OBL. BONDS | A | INT | N | T | | | | | |
| 19 NONE | | | | | | | | | |
| 20 NONE | | | | | | | | | |

| ¹ Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| ² Value Codes: | J = exempt ($0 to $15,000) | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| ³ Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/Market |
| | U = Book value | V = Other | W = Estimated | |

(Joseph) (Dependent Child)

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| DAVID F. LEVI | 7-31-90 |

## VII. INVESTMENTS and TRUSTS--income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g. div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g. sold) | Date: Month- Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 ABBOTT LABORATORIES - common | B | Div | N | T | | | | | |
| 2 CHEVRON CORP - Common | B | Div | L | T | | | | | |
| 3 GENERAL Electric CORP- common | B | Div | L | T | | | | | |
| 4 IBM - Common | B | Div | L | T | | | | | |
| 5 Quaker OATS - Common | B | Div | M | T | | | | | |
| 6 Sherwin Williams Company- common | B | Div | L | T | | | | | |
| 7 William Blair Ready Reserves | C | Div | M | T | | | | | |
| 8 HARRIS BANK- CHECKING ACCOUNT | A | Int | J | T | | | | | |
| 9 HARRIS BANK SAVINGS ACCOUNT | E | Int | N | T | | | | | |
| 10 CATS Original Issue Disc. | C | Int | M | T | | | | | |
| 11 APPLE COMPUTER- Common | A/A | Div/cap loss | − | Sold | | | | | |
| 12 BRISTOL-MYERS - Common | B | D.v. | K | T | | | | | |
| 13 WELLMAN Industries- Common | A/B | Div/cap gain | − | Sold | | | | | |
| 14 MERCK & CO. - common | A | Div | L | T | | | | | |
| 15 AMR CORP - Common | A | Div | L | T | | | | | |
| 16 FAiRfield CA. PRE-Refunded 10-1-94 9.552% Due 10-1-14 | A | Int | L | T | | | | | |
| 17 NEECO INC. - COMMON | A | Div | K | T | | | | | |
| 18 SARA LEE CORP - Common | A | Div | L | T | | | | | |
| 19 NONE | | | | | | | | | |
| 20 NONE | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt (30 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = except (30 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

( william i )    (Dependent Child)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | DAVID F. LEVI | 7-31-90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 ABBOTT LABORATORIES - COMMON | B | Div | M | T | | | | | |
| 2 CHEVRON CORP - COMMON | B | Div | L | T | | | | | |
| 3 GENERAL ELECTRIC CORP - COMMON | B | Div | L | T | | | | | |
| 4 IBM - COMMON | B | Div | L | T | | | | | |
| 5 SHERWIN WILLIAMS Co - COMMON | B | Div | L | T | | | | | |
| 6 William BLAIR - READY RESERVES | B | Div | L | T | | | | | |
| 7 CATS ORIGINAL ISSUE DISC. | C | INT | M | T | | | | | |
| 8 HARRIS BANK - Checking | A | INT | J | T | | | | | |
| 9 WELLS FARGO BANK - TIME DEPOSIT | B | INT | L | T | | | | | |
| 10 HARRIS BANK - SAVINGS ACCT. | A | INT | J | T | | | | | |
| 11 WELLS FARGO MARKET - RATE ACCOUNT | B | INT | L | T | | | | | |
| 12 QUAKER OATS - COMMON | B | Div | M | T | | | | | |
| 13 APPLE COMPUTER - COMMON | A / A | DIV / CAP LOSS | - | Sold | | | | | |
| 14 BRISTOL MEYERS - COMMON | B | Div | K | T | | | | | |
| 15 WELLMAN INDUSTRIES - COMMON | A / B | Div / CAP GAIN | - | Sold | | | | | |
| 16 MERCK + Co. - COMMON | A | Div | L | T | | | | | |
| 17 AMA CORP - COMMON | A | Div. | L | T | | | | | |
| 18 FAIRFIELD CA. PRE REFUNDED 6/1/94  9.55%. Due 10/1/14 | A | INT | L | T | | | | | |
| 19 NEFCO INC. - COMMON | A | Div | K | T | | | | | |
| 20 SARA LEE CORP - COMMON | A | Div | L | T | | | | | |

1 Income/Gain Codes:  A = exempt ($0 to $100)    B = $101 to $1,000    C = $1,001 to $2,500    D = $2,501 to $5,000
                      E = $5,001 to $15,000    F = $15,001 to $50,000    G = $50,001 to $100,000    H = over $100,000
2 Value Codes:  J = exempt ($0 to $1,000)    K = $1,001 to $5,000    L = $5,001 to $15,000    M = $15,001 to $50,000
                N = $50,001 to $100,000    O = $100,001 to $250,000    P = over $250,000
3 Value Method Codes:  Q = Appraisal    R = Cost (real estate only)    S = Assessed value    T = Cash/market
                       U = Book value    V = Other    W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>DAvid F. LEVI | Date of Report<br>7-31-9o |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

[ ] Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

NONE

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____  Date 8/7/90

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP.1, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:
   Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google